IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAREER SYSTEMS DEVELOPMENT CORPORATION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>AMERICAN HOME ASSURANCE COMPANY, DOES 1-100,<br><br>　　　　Defendants.<br>_____/ | No. C 10-02679 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

This matter is set for a hearing on September 3, 2010 on Defendant American Home Assurance Company's motion to dismiss and to strike. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than July 28, 2010 and a reply brief shall be filed by no later than August 4, 2010.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: July 13, 2010

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE