|     | (SPACE BELOW FOR FILING STAMP ONLY) |
|-----|-------------------------------------|

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT CALIFORNIA,

SAN FRANCISCO DIVISION

| CAREER SYSTEMS DEVELOPMENT CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN HOME ASSURANCE COMPANY, DOES 1-100<br><br>Defendants. | Case No. C10-02679-JSW<br><br>**JOINT REQUEST FOR ADDITIONAL TIME TO CONSENT OR DECLINE TO REASSIGNMENT TO MAGISTRATE FOR ALL PURPOSES**<br><br>Courtroom: 11<br>Judge: Honorable Jeffrey S. White<br>Trial Date: October 31, 2011 |
|---|---|

Following the Case Management Conference in this matter on December 10, 2010, the Court issued a Minute Order directing the parties to confer with their clients and submit a joint consent/declination for reassignment to a Magistrate Judge for All Purposes by December 17, 2010.

The parties are giving serious consideration to such reassignment to a Magistrate. However, the Defendant's client representative is on vacation and unavailable. Therefore, considering the upcoming holidays, Defendant requests additional time to make its determination, and requests that the Court allow the parties until Tuesday, January 2⁴, 2011 to make their election and file a joint

JOINT REQUEST FOR ADDITIONAL TIME TO CONSENT OR DECLINE TO REASSIGNMENT TO MAGISTRATE FOR ALL PURPOSES

1  consent/declination.

2  Counsel for Plaintiff does not object to this request.

3  THEREFORE, the parties request that the Court extend the time for the parties to file the joint consent/declination for reassignment to a Magistrate Judge for All Purposes to Tuesday, January 4, 2011.

December 3, 2010                     LAW OFFICES OF MICHAEL A. MATHEWS

                                     By: /s/Michael A. Mathews
                                         Attorneys for CAREER SYSTEMS
                                         DEVELOPMENT CORPORATION

Dated: December 3, 2010              McCORMICK, BARSTOW,
                                     SHEPPARD, WAYTE & CARRUTH

                                     By: /s/ Patrick Fredette
                                         Attorneys for Defendant
                                         AMERICAN HOME ASSURANCE
                                         COMPANY

IT IS SO ORDERED.

Dated: __12/20__, 2010               _____
                                     Hon. Jeffrey S. White

03704/00082-1663249.v1

---

2

JOINT REQUEST FOR ADDITIONAL TIME TO CONSENT OR DECLINE TO REASSIGNMENT TO MAGISTRATE FOR ALL PURPOSES

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501