|   |   |
|---|---|
|   | (SPACE BELOW FOR FILING STAMP ONLY) |

# UNITED STATES DISTRICT COURT

## IN AND FOR THE NORTHERN DISTRICT CALIFORNIA,

## SAN FRANCISCO DIVISION

| | |
|---|---|
| CAREER SYSTEMS DEVELOPMENT CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN HOME ASSURANCE COMPANY, DOES 1-100<br><br>Defendants. | Case No. C10-02679-JSW<br><br>**JOINT STIPULATION FOR RE-ASSIGNMENT TO MAGISTRATE BERNARD ZIMMERMAN AND REQUEST FOR NEW CASE MANAGEMENT CONFERENCE AND ORDER THEREON** |

Pursuant to the suggestion of Judge Jeffrey S. White at the Case Management Conference in this matter on December 10, 2010, the parties have met and conferred and hereby consent to have this case re-assigned for all purposes to Magistrate Judge Bernard Zimmerman.

The parties further jointly request that the case be set for a new Case Management Conference to allow Magistrate Zimmerman to vacate the dates previously set and consider the parties' joint request for an early hearing on cross-

JOINT STIPULATION FOR RE-ASSIGNMENT TO MAGISTRATE BERNARD ZIMMERMAN AND REQUEST FOR NEW CASE MANAGEMENT CONFERENCE

1 motions for summary judgment prior to dates set for discovery cut-off, mediation
2 and trial.

3 Dated January 4, 2011      LAW OFFICES OF MICHAEL A. MATHEWS

4      By: /s/ Michael A. Mathews
5      _____
6      Attorneys for CAREER SYSTEMS DEVELOPMENT CORPORATION
7

8

9 Dated January 4, 2011      McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
10

11      By: /s/ Patrick Fredette
     Patrick Fredette
12      Timothy R. Sullivan
     Attorneys for Defendant
13      AMERICAN HOME ASSURANCE COMPANY

14

15 IT IS SO ORDERED.

16 Dated January  5 , 2011      _____
     Hon. Jeffrey S. White

17 03704/00082-1668482.v1

18 Pursuant to Northern District Civil Local Rule 73-1(b) and the parties' consent, this matter is
19 HEREBY REFERRED to Magistrate Judge Bernard Zimmerman for all further proceedings. All previously-set case management deadlines are hereby vacated.
20

21

22 cc: Susan Imbriani