| | |
|---|---|
| 1  Patrick Fredette, # 207284<br>    McCormick, Barstow, Sheppard,<br>2  Wayte & Carruth LLP<br>    Scripps Center, Suite 1050<br>3  312 Walnut Street<br>    Cincinnati, Ohio  45202<br>4  Telephone:  (513) 762-7520<br>    Facsimile:   (513) 762-7521<br>5  Patrick.Fredette@mccormickbarstow.com<br><br>6  Timothy R. Sullivan, # 128467<br>    McCormick, Barstow, Sheppard,<br>7  Wayte & Carruth LLP<br>    P.O. Box 28912<br>8  5 River Park Place East<br>    Fresno, CA  93720-1501<br>9  Telephone:  (559) 433-1300<br>    Facsimile:   (559) 433-2300<br>10 Tim.Sullivan@mccormickbarstow.com<br><br>11 Attorneys for Defendants<br>   American Home Assurance Company | (SPACE BELOW FOR FILING STAMP ONLY) |

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| CAREER SYSTEMS DEVELOPMENT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN HOME ASSURANCE COMPANY, DOES 1 – 100<br><br>Defendants. | Case No. CV 10-02679 BZ<br><br>**REQUEST FOR PERMISSION TO APPEAR AT CASE MANAGEMENT CONFERENCE TELEPHONICALLY** |

Defendant American Home Assurance Company requests that the Court grant permission for its counsel, Patrick Fredette, to appear telephonically at the Case Management Conference set in this action for February 7, 2011, at 4:00 p.m., in Courtroom G, before the Hon. Bernard Zimmerman. Mr. Fredette's office is in Cincinnati, Ohio. Counsel for the parties have met and conferred and agreed that both parties will file cross-motions for summary judgment to resolve whether

1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
P.O. Box 28912
Fresno, CA 93720-8912

REQUEST FOR PERMISSION TO APPEAR AT CASE MANAGEMENT CONFERENCE TELEPHONICALLY

1  Defendant had a duty to defend, and that the motions should be heard prior to either
2  party conducting extensive discovery.
3  Dated:    January 31, 2011            Respectfully submitted,
4                                         McCORMICK, BARSTOW, SHEPPARD,
                                           WAYTE & CARRUTH LLP
5

6
7                                         By: /s/ Timothy R. Sullivan
                                              Patrick Fredette
8                                             Timothy R. Sullivan
                                              Attorneys for Defendants
9                                             American Home Assurance Company,
                                              a New York corporation.
10

11       IT IS SO ORDERED.
12
13  Dated: 31 Jan , 2011
14                                            Hon. Bernard Zimmerman
15
16  03704/00082-1682428.v1

    Counsel shall contact CourtCall, telephonic
17  court appearances at 1-888-882-6878, and make
    arrangements for the telephonic conference
18  call.

IT IS SO ORDERED
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
P.O. Box 28912
Fresno, CA 93729-8912

2

REQUEST FOR PERMISSION TO APPEAR AT CASE MANAGEMENT CONFERENCE TELEPHONICALLY