UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAREER SYSTEMS DEVELOPMENT CORPORATION,<br><br>         Plaintiff(s),<br><br>    v.<br><br>AMERICAN HOME ASSURANCE COMPANY,<br><br>         Defendant(s). | No. C 10-2679 BZ<br><br>**BRIEFING ORDER** |

Following the status conference, **IT IS HEREBY ORDERED** that plaintiff shall file the lead motion for summary judgment by **March 17, 2011.** Defendant's opposition/cross-motion for summary judgment is due by **April 4, 2011.** Plaintiff's opposition/reply is due by **April 20, 2011.** Defendant's reply is due by **April 27, 2011.** The Court will schedule a hearing on the cross-motions, if one is needed.

Dated: February 8, 2011

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\CAREER SYSTEMS V. AMERICAN HOME\BRIEFING SCHEDULE.wpd

1