Patrick Fredette, # 207284
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Scripps Center, Suite 1050
312 Walnut Street
Cincinnati, Ohio 45202
Telephone: (513) 762-7520
Facsimile: (513) 762-7521
Patrick.Fredette@mccormickbarstow.com

Timothy R. Sullivan, # 128467
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA 93720-1501
Telephone: (559) 433-1300
Facsimile: (559) 433-2300
Tim.Sullivan@mccormickbarstow.com

Attorneys for Defendants
American Home Assurance Company

(SPACE BELOW FOR FILING STAMP ONLY)

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

CAREER SYSTEMS DEVELOPMENT CORPORATION,

Plaintiff,

v.

AMERICAN HOME ASSURANCE COMPANY, DOES 1 – 100

Defendants.

Case No. CV 10-02679 BZ

STIPULATION EXTENDING TIME FOR DEFENDANT TO FILE REPLY BRIEF AND ORDER THEREON

In its Briefing Order dated February 8, 2011, the Court set Wednesday, April 27, 2011 as the last date for Defendant to file its reply brief regarding Defendant's cross-motion for summary judgment.

///

///

Due to the unavailability of Defendant's counsel, the parties, through their respective

1

STIPULATION EXTENDING TIME FOR DEFENDANT TO FILE REPLY BRIEF AND ORDER THEREON

counsel, hereby stipulate that the deadline for Defendant to file its reply brief be extended to Monday, May 2, 2011.

Dated:     April 26, 2011

Respectfully submitted,

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By: /s/ Timothy R. Sullivan
Patrick Fredette
Timothy R. Sullivan
Attorneys for Defendants
American Home Assurance Company, a New York corporation.

Dated:  April 26, 2011

LAW OFFICES OF
MICHAEL A. MATHEWS

By: /s/ M. A. Mathews
Michael A. Mathews
Attorney for Plaintiff
CAREER SYSTEMS DEVELOPMENT CORPORATION

IT IS SO ORDERED.

April 27, 2011.

/s/ Bernard Zimmerman
Bernard Zimmerman
United States Magistrate Judge

03704/00082-1726541.v1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
P.O. Box 28912
FRESNO, CA 93729-8912

2

STIPULATION EXTENDING TIME FOR DEFENDANT TO FILE REPLY BRIEF AND ORDER THEREON

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is McCormick, Barstow, Sheppard, Wayte & Carruth LLP, 5 River Park Place East, Fresno, California 93720-1501. On April 27, 2011, I served the within documents:

**DEFENDANT'S NOTICE OF CROSS-MOTION AND CROSS-MOTION FOR SUMMARY JUDGMENT AND/OR PARTIAL SUMMARY JUDGMENT**

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ **BY PERSONAL DELIVERY:** by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Fresno, California addressed as set forth below.

☐ **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

☒ **BY ELECTRONIC SUBMISSION:** submitted electronically to be posted to the website and notice given to all parties that the document has been served.

| | |
|---|---|
| Michael A. Mathews<br>300 Montgomery Street, Suite 650<br>San Francisco, California 94104<br>Telephone: (415) 693-0110<br>Facsimile: (8010 640-0411 | *Attorneys for Plaintiff*<br>CAREER SYSTEMS DEVELOPMENT CORPORATION |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 27, 2011, at Fresno, California.

_____
Jodi Keenan

03704/00082-1722679.v1

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
P.O. Box 28912
Fresno, CA 93729-8912

2