Patrick Fredette, # 207284
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Scripps Center, Suite 1050
312 Walnut Street
Cincinnati, Ohio  45202
Telephone:     (513) 762-7520
Facsimile:     (513) 762-7521
Patrick.Fredette@mccormickbarstow.com

Timothy R. Sullivan, #128467
McCormick, Barstow, Sheppard,
Wayte, & Carruth LLP
P.O. Box 28912
Fresno, CA  93720-1501
Telephone:     (559) 433-1300
Facsimile:     (59) 433-2300
Timothy.Sullivan@mccormickbarstow.com

Attorneys for Defendants
American Home Assurance Company

(SPACE BELOW FOR FILING STAMP ONLY)

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| CAREER SYSTEMS DEVELOPMENT CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN HOME ASSURANCE COMPANY, DOES 1-100<br><br>Defendants. | Case No.  C10-02679-BZ<br><br>**STIPULATION CONTINUING HEARING DATE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT AND ORDER THEREON** |

      The "Clerk's Notice Regarding Tentative Ruling" (Document 59) in regard to the "Tentative Ruling on Order Granting Plaintiff's Motion For Summary Judgment And Denying Defendant's Motion For Summary Judgment" (Document 59), set July 26, 2011 as the hearing date for oral argument. Defendant's counsel has requested oral argument. Due to a pre-paid family vacation scheduled by Defendant's counsel, the parties, through their respective counsel, stipulate that the hearing date be continued to September 9, 2011, at 10:00 A.M.

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

STIPULATION CONTINUING HEARING DATE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT
AND ORDER THEREON

The parties, through their respective counsel, further stipulate that the deadline for the parties to meet and confer and file a joint request for a trial date and pretrial deadlines be continued and set for September 23, 2011.

Dated: July 25, 2011

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By: /s/ Timothy R. Sullivan
Patrick Fredette
Timothy R. Sullivan
Attorneys for Defendant
AMERICAN HOME ASSURANCE
COMPANY

Dated:  July 25, 2011

LAW OFFICES OF
MICHAEL A. MATHEWS

By:  /s/ Michael A. Mathews
Michael A. Mathews
Attorney for Plaintiff
CAREER SYSTEMS DEVELOPMENT
CORPORATION

IT IS SO ORDERED. The hearing date on the motions for summary judgment shall be September 9, 2011 at 10:00 a.m., in Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

The deadline for the parties to meet and confer and file a joint request for a trial date and pretrial deadlines shall be September 23, 2011.

July 25, 2011.

Bernard Zimmerman
United States Magistrate Judge

03704/00082-1775007.v1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

2

STIPULATION CONTINUING HEARING DATE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT
AND ORDER THEREON