| | |
|---|---|
| 1  Patrick Fredette, # 207284<br>   McCormick, Barstow, Sheppard,<br>2  Wayte & Carruth LLP<br>   Scripps Center, Suite 1050<br>3  312 Walnut Street<br>   Cincinnati, Ohio  45202<br>4  Telephone:  (513) 762-7520<br>   Facsimile:   (513) 762-7521<br>5  Patrick.Fredette@mccormickbarstow.com<br><br>6  Timothy R. Sullivan, # 128467<br>   McCormick, Barstow, Sheppard,<br>7  Wayte & Carruth LLP<br>   P.O. Box 28912<br>8  5 River Park Place East<br>   Fresno, CA  93720-1501<br>9  Telephone:  (559) 433-1300<br>   Facsimile:   (559) 433-2300<br>10 Tim.Sullivan@mccormickbarstow.com<br><br>11 Attorneys for Defendants<br>   American Home Assurance Company | (SPACE BELOW FOR FILING STAMP ONLY) |

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA,

SAN FRANCISCO DIVISION

| | |
|---|---|
| CAREER SYSTEMS DEVELOPMENT CORPORATION,<br><br>   Plaintiff,<br><br>v.<br><br>AMERICAN HOME ASSURANCE COMPANY, DOES 1 – 100<br><br>   Defendants. | Case No. CV 10-02679 BZ<br><br>**REQUEST FOR PERMISSION TO APPEAR AT STATUS CONFERENCE TELEPHONICALLY** |

Defendant American Home Assurance Company requests that the Court grant permission for its counsel, Timothy R. Sullivan, to appear telephonically at the Case Management Conference set in this action for November 1, 2011, at 4:00 p.m., in Courtroom C, before the Hon. Bernard Zimmerman. Mr. Fredette's office is in Cincinnati, Ohio; Mr. Sullivan's office is located in Fresno, California. Counsel for the parties have met and conferred and have filed a Joint Statement of

1

1 | Remaining Issues and Requested Trial Date and Discovery Cutoff Dates.

2 | Dated: October 31, 2011    Respectfully submitted,

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: /s/ Timothy R. Sullivan
Patrick Fredette
Timothy R. Sullivan
Attorneys for Defendants
American Home Assurance Company,
a New York corporation.

IT IS SO ORDERED.

Dated: 3 / Oct , 2011

Hon. Bernard Zimmerman

03704/00082-1817552.v1

**Counsel shall contact CourtCall, telephonic court appearances at 1-888-882-6878, and make arrangements for the telephonic conference call.**

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
P.O. Box 28912
Fresno, CA 93729-8912

2

REQUEST FOR PERMISSION TO APPEAR AT STATUS CONFERENCE TELEPHONICALLY