UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAREER SYSTEMS DEVELOPMENT CORPORATION,<br><br>    Plaintiff(s),<br><br>  v.<br><br>AMERICAN HOME ASSURANCE COMPANY,<br><br>    Defendant(s). | No. C 10-2679 BZ<br><br>**CONDITIONAL ORDER OF DISMISSAL** |

The parties to this matter having advised the Court that they have agreed to a settlement, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and all scheduled matters are **VACATED**; provided, however, that any party may, within **30 days** of the date of this Order, move the Court to restore this matter to the calendar on the grounds that the settlement has not been consummated.

Dated: January 4, 2012

                                      Bernard Zimmerman
                              United States Magistrate Judge

G:\BZALL\-BZCASES\CAREER SYSTEMS V. AMERICAN HOME\ORDER OF CONDITIONAL DISMISSAL.wpd

1